ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**SEP - 2 2011**

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY    Shy                        DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SIMS, | ) | Case No.  CV 11-06271 TJH (AN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: August 31 , 2011

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE